■ In the Matter of HENRY SITAREK et al., Respondents, v BOARD OF ELECTIONS OF COUNTY OF ERIE et al., Appellants.—Order unanimously reversed without costs and petition dismissed. Memorandum: Neither the order to show cause nor the petition included the objector as a party and, therefore, should have been dismissed by the trial court *(Matter of Gadsen v Board of Elections,* 57 NY2d 751 [1982]). Moreover, the validation proceeding was not timely commenced under section 16-102 of the Election Law *(Matter of Pell v Coveney,* 37 NY2d 494 [1975]). Finally, petitioners did not comply with section 16-116 of the Election Law, which requires a verified petition in order to commence a special proceeding *(Matter of Goodman v Hayduk,* 45 NY2d 804; *Matter of Callahan v Russo,* 123 AD2d 518). (Appeals from order of Supreme Court, Erie County, Sedita J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, Lawton and Davis, JJ. (Order entered Aug. 26, 1988.)